**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**District of Massachusetts**

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | NESV Ice, LLC |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 81-1591262 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 1395A Commerce Way | |
| Number   Street | Number   Street |
| | P.O. Box |
| Attleboro    MA    02703 | |
| City   State   ZIP Code | City   State   ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Bristol County | Number   Street |
| County | |
| | City   State   ZIP Code |

5. **Debtor's website** (URL)   www.nesportsvillage.com

6. **Type of debtor**
   - ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other. Specify: _____

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor  **NESV Ice, LLC**
        Name

Case number (if known) _____

| 7. | **Describe debtor's business** | A. *Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

**531390**

| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check **all** that apply*:

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

| 9. | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** If more than 2 cases, attach a separate list. | ☒ No  ☐ Yes. District _____ When _____ Case number _____
MM / DD / YYYY
District _____ When _____ Case number _____
MM / DD / YYYY |

| 10. | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** List all cases. If more than 1, attach a separate list. | ☐ No
☒ Yes.  Debtor **NESV Swim, LLC**   Relationship **Affiliate**
District **District of Massachusetts**   When **08/26/21**
                                                       MM / DD / YYYY
Case number, if known _____ |

Debtor  NESV Ice, LLC
_____
Name

Case number (*if known*)_____

| 11. | **Why is the case filed in *this district*?** | *Check all that apply:* |
|---|---|---|

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

| 12. | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | |
|---|---|---|

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number    Street

_____

_____    _____    _____
City                                State    ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

| 13. | **Debtor's estimation of available funds** | *Check one:* |
|---|---|---|

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

| 14. | **Estimated number of creditors** | ☑ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5,001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
|---|---|---|---|---|
| 15. | **Estimated assets** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☑ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

Debtor __NESV Ice, LLC__  Case number (*if known*)_____
      Name

| | | | |
|---|---|---|---|
| **16. Estimated liabilities** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☒ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __08/26/2021__
           MM / DD / YYYY

✘ __/s/ Stuart Silberberg__          __Stuart Silberberg__
  Signature of authorized representative of debtor    Printed name

Title __Manager__

**18. Signature of attorney**

✘ __/s/ William McMahon__            Date __08/26/2021__
  Signature of attorney for debtor                MM / DD / YYYY

__William McMahon__
Printed name
__Downes McMahon LLP__
Firm name
__215 Lewis Wharf__
Number   Street
__Boston__                __MA__    __02110__
City                      State    ZIP Code

__6176006430__                __wmcmahon@dmlawllp.com__
Contact phone                Email address

__651832__                   __MA__
Bar number                   State

Debtor __NESV Ice, LLC__    Case number (if known)_____

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☑ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __08/26/2021__
MM / DD / YYYY

X _/s/ Stuart Silberberg_    __Stuart Silberberg__
Signature of authorized representative of debtor    Printed name

Title __Manager__

**18. Signature of attorney**

X _____    Date _____
Signature of attorney for debtor    MM / DD / YYYY

__William McMahon__
Printed name

__Downes McMahon LLP__
Firm name

__215 Lewis Wharf__
Number    Street

__Boston__    __MA__    __02110__
City    State    ZIP Code

__6176006430__    __wmcmahon@dmlawllp.com__
Contact phone    Email address

__651832__    __MA__
Bar number    State

Debtor _____    Case number *(if known)*_____
       First Name   Middle Name   Last Name

## Continuation Sheet for Official Form 201

**10) Pending Bankruptcies**

| | | |
|---|---|---|
| **NESV Tennis, LLC** | District of Massachusetts | 08/26/2021 |
| **NESV Land East, LLC** | District of Massachusetts | 08/26/2021 |
| **NESV Field, LLC** | District of Massachusetts | 08/26/2021 |
| **NESV Land, LLC** | District of Massachusetts | 08/26/2021 |
| **NESV Hotel, LLC** | District of Massachusetts | 08/26/2021 |

**Fill in this information to identify the case:**

Debtor name: NESV Ice, LLC

United States Bankruptcy Court for the: District of Massachusetts

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Ashcroft Sullivan Law<br>200 State Street<br>7th Floor<br>Boston, MA, 02109 | Michael Sullivan | Services | Disputed | | | 1,511,180.00 |
| 2 | National Grid<br>P.O. Box 11737<br>Newark, NJ, 07101-4737 | | Utility Services | | | | 316,645.00 |
| 3 | City of Attleboro<br>77 Park Street<br>Attleboro, MA, 02703 | City Treasurer | Taxes & Other Government Units | | | | 262,289.00 |
| 4 | WB Mason<br>59 Centre St.<br>Brockton, MA, 02301 | | Suppliers or Vendors | | | | 8,785.00 |
| 5 | Columbia Gas<br>P.O. Box 55215<br>Boston, MA, 02205-5215 | | Utility Services | | | | 7,229.00 |
| 6 | JBH Advisory, LLC<br>62 Forge River Park<br>Raynham, MA, 02767 | | Services | | | | 5,000.00 |
| 7 | Likarr Maintenance Syatems<br>6 Perry Drive<br>Foxboro, MA, 02035 | | Services | | | | 2,919.00 |
| 8 | Richmonds & Co., Inc.<br>44 Washington Street<br>Wellesley Hills, MA, 02481 | | Legal services | | | | 2,374.00 |

Debtor  NESV Ice, LLC
       Name

Case number (*if known*)_____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim *If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim.* | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | PKF O'Connor Davies<br>40 Westminster Street<br>#600<br>Providence, RI, 02903 | | Accounting services | | | | 700.00 |
| 10 | Sturdy Memorial Hospital<br>211 Park Street<br>Attleboro, MA, 02703 | | Services | | | | 469.00 |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

Fill in this information to identify the case and this filing:

Debtor Name __NESV Ice, LLC__

United States Bankruptcy Court for the: __District of Massachusetts__

Case number (if known) _____

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 08/26/2021
MM / DD / YYYY

X _____
Signature of individual signing on behalf of debtor

Stuart Silberberg
Printed name

Manager
Position or relationship to debtor

Official Form 202    Declaration Under Penalty of Perjury for Non-Individual Debtors

United States Bankruptcy Court

District of Massachusetts

In re: NESV Ice, LLC

Case No.

Chapter 11

Debtor(s)

## Verification of Creditor Matrix

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 08/26/2021

*[signature]*

Signature of Individual signing on behalf of debtor

Manager

Position or relationship to debtor

Abigail B. Arguin
941 Russells Mills Road
South Dartmouth, MA 02748

Accugrind
12 Industrial Park Rd.
Falmouth, MA 01540

Alexandar D. Tertyshay
529 Greeenhill Lane
Philadelphia, PA 19128

Alison S. Quinn
14 Louise Street
Canton, MA 02021

Alivia H. Fitzgibbons
312 Steere Street
Attleboro, MA 02703

Anastasia Potenza
11 Fletcher Street
Foxboro, MA 02035

Ashcroft Sullivan Law
200 State Street
7th Floor
Boston, MA 02109

Ashcroft Sullivan Sports Village Lender, LLC
200 State Street
7th Floor
Boston, MA 02109

Athletic Performance Training Systems
9 Technology Park Drive
East Falmouth, MA 02536

Attleboro High School
100 Rathbur Willard Dr.
Attn. Mr. Houle
Attleboro, MA 02703

Bishop Feehan High School
70 Holcott Dr.
Attn. Mr. O'Boy
Attleboro, MA 02703

Brad C Grant
14 Janet Lane
Mansfield, MA 02048

Brendan G. McNeil
32 Homeward Lane
North Attleboro, MA 02760

Brendan Murphy
28 Marshall Avenue
Mansfield, MA 02048

Brett P. Tibbetts
10 Balsam Lane
Smithfield, RI 02917

Brian A. Larence
8 Steere Road
Cumberland, RI 02864

Brynn Leahy
6 Patlena Drive
Norton, MA 02766

Carissa N. Rego
18 Greg Drive
Bristol, RI 02809

Cassandra A. Goyette
12 Goff Road
Norton, MA 02766

Cassidy L. Toth
75 Pinehurst Ave
Providence, RI 02908

Christopher C. Miler, Esq., Prince Lobel Tye
One International Place
Suite 3700
Boston, MA 02110

City of Attleboro
77 Park Street
Attleboro, MA 02703

Columbia Gas
P.O. Box 55215
Boston, MA 02205-5215

Comcast
P.O. Box 37601
Philadelphia, PA 19101-0601

Connor Cohen
48 Harvey Street
Norton, MA 02766

Construction Source Management, LLC
33 Commercial St.
Raynham, MA 02767

Corey Mackin
3462 Vinton Road
Philadelphia, PA 19154

Dighton Rehoboth High School
2700 Regional Rd.
Attn. Mr. Kelley
North Dighton, MA 02764

Emma C. Gerike
69 E. Union Street
Bordentown, NJ 08505

Erin P. Shaheen
526 Read Street
Attleboro, MA 02703

Francis X. Mackin
38 Kristee Circle
West Warwick, RI 02893

Gavin Arabian
39 Fales Road
North Attleboro, MA 02760

Giuseppina Menzel
39 Granite Road
Middleboro, MA 02346

Green Street Solar Power
1360 Garrison Avenue
Attn. Mr. Kerner
Bronx, NY 10474

Hannah Bachand
175 LYMAN STREET
North Attleboro, MA 02760

Jacob Balzarini
5 Bradford Road
Milford, MA 01757

James Ghisalbert
64 Broad Street
North Attleboro, MA 02760

James P. Murray
859 E. 1st Street
Apt. 1
Boston, MA 02127

Janelle L. Kelleher
42 Longfellow Road
Norwood, MA 02062

Jarod Balzarini
5 Bradford Road
Milford, MA 01757

JBH Advisory, LLC
62 Forge River Park
Raynham, MA 02767

Jenna Desmarais
47 Anna Court
Seekonk, MA 02771

Johnson & Wales University
8 Abbot Park Place
Attn. Mr. Izzi
Providence, RI 02903

Jonathan E. Stahl
14 Longwalk Road
Franklin, MA 02038

Joseph C. Consalvo
35 Hevey Road
North Attleboro, MA 02760

Joseph Troiano
18 Millstone Court
Mansfield, MA 02048

Joshua Cohen
48 Harvey Street
Norton, MA 02766

Justin M. Droney
112 Pearl Street
North Attleboro, MA 02760

Kylie Pleau
35 River Drive
Attleboro, MA 02703

Liam P. McCanney
214 North Elm Avenue
Aldan, PA 19018

Likarr Maintenance Syatems
6 Perry Drive
Foxboro, MA 02035

Logan R. Bruns
5 Meeting House Road
Scarborough, ME 04074

Lovell's Hockey Schools, Inc.
235 Summer Street
Attn. Mr. Lovell
Hingham, MA 02043

Maleah Gillette
312 Chestnut Hill Road
Wakefield, RI 02879

Mason J. Briggs
38 Jon C. Barry Drive
North Attleboro, MA 02760

Matthew Jacobs
6 Hara Street
Worcester, MA 01604

Meghan A. Amato
6 Uplands Woods Circle
Apt 111
Norwood, MA 02062

Meghan F. Maguire
92 Zachary Lane
Attleboro, MA 02703

Michael Balzarini
5 Bradford Road
Milford, MA 01757

Michael J Donovan
53 Newcombs Mill Road
Kingston, MA 02364

Mitchell S. Whittingham
8 Twins Circle
Attleboro, MA 02703

National Grid
P.O. Box 11737
Newark, NJ 07101-4737

Nicholas Wracker
160 Southwell Road
Columbia, SC 29210

North Attleboro High School
1 Wilson W. Whitty Way
Attn. Mr. Kummer
North Attleboro, MA 02760

North Attleboro Hockey Association, Inc.
50 Juniper Road
Attn. Ms. McTern
North Attleboro, MA 02760

Northeast Generals, LLC
1395 Commerce Way
Attn. Mr. Erikson
Attleboro, MA 02703

Ocean State Ice Theater
101 Higginson Avenue
Suite 109C
Lincoln, RI 02865

Owen L. Couture
32 Dale Street
Franklin, MA 02038

Parents for Attleboro Hockey, Inc.
P.O. Box 3306
Attleboro, MA 02703

Performance Physical Therapy
1395 Commerce Way
Attleboro, MA 02703

PKF O'Connor Davies
40 Westminster Street
Providence, RI 02903

Richard E. Boysen
1 Longview Drive
Belle Vernon, PA 15012

Richard P. Rossignol
10 Samuel Way
Attleboro, MA 02703

Richmonds & Co., Inc.
44 Washington Street
Wellesley Hills, MA 02481

RiLo Donuts, Inc.
P..O. Box 9
Barrington, RI 02806

Robert J. Reilly
7 Upland Woods Circle
Apt 7206
Norwood, MA 02062

Rosie DeOliveira
27 Heaton Street
Pawtucket, RI 02860

Ryan T. Patsch
415 South Main Street
Sharon, MA 02067

SHS ACK, LLC
c/o Curran Antonelli, LLP
10 Post Office Square, Suite 800 South
Boston, MA 02109

Sturdy Memorial Hospital
211 Park Street
Attleboro, MA 02703

Tessa P. Jones
97 Fisher Street
Westwood, MA 02090

The Barn Food and Spirits
1395 Commerce Way
Attleboro, MA 02703

Thomas Lydon
1544 West Street
Attleboro, MA 02703

Title Boxing
1395 Commerce Way
Attleboro, MA 02703

Tori Mercer
525 Marion Ave
Dighton, MA 02715

Triton DosReis
75 Elm Street
Norton, MA 02766

Waste Network, LLC
17 Country Club Circle
Pembroke, MA 02359

WB Mason
59 Centre St.
Brockton, MA 02301

William A. Whitfield IV
27 Oak Street Ext.
Franklin, MA 02038

William McCommis
14 Falcon Drive
Attleboro, MA 02703

Zachery R. Cappelli
180 Waterman Ave.
Unit 104
North Providence, RI 02911

# UNITED STATES BANKRUPTY COURT
# FOR THE DISTRICT OF MASSACHUSETTS
# (EASTERN DIVISION)

| | |
|---|---|
| In re:<br><br>NESV Ice, LLC<br><br>Debtor. | Chapter 11<br>Case No. 21- |
| In re:<br><br>NESV Swim, LLC<br><br>Debtor. | Chapter 11<br>Case No. 21- |
| In re:<br><br>NESV Tennis, LLC<br><br>Debtor. | Chapter 11<br>Case No. 21- |
| In re:<br><br>NESV Land East, LLC<br><br>Debtor. | Chapter 11<br>Case No. 21- |
| In re:<br><br>NESV Field, LLC<br><br>Debtor. | Chapter 11<br>Case No. 21- |
| In re:<br><br>NESV Hotel, LLC<br><br>Debtor. | Chapter 11<br>Case No. 21- |
| In re:<br><br>NESV Land, LLC<br><br>Debtor. | Chapter 11<br>Case No. 21- |

## DECLARATION RE: ELECTRONIC FILING

I, Stuart Silberberg, hereby declare under penalty of perjury that all of the information contained in the Voluntary Petitions, the Declarations Under Penalty

of Perjury for Non-Individual Debtors, the Affidavit of Stuart Silberberg in Support of First Day Motions and Applications and the Verification of Creditor Matrix (each, a "Document," and together, the "Documents"), filed electronically in each of the above-captioned cases, are true and correct. I understand that this DECLARATION is to be filed with the Clerk of Court electronically concurrently with the electronic filing of the Documents. I understand that failure to file this DECLARATION may cause the Documents to be struck and any request contained or relying thereon to be denied, without further notice.

I further understand that, pursuant to the Massachusetts Electronic Filing Local Rule (MEFR) 7(b), all paper documents containing original signatures executed under the penalties of perjury and filed electronically with the Court are the property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years after the closing of this case.

Dated: August 26, 2021

_____
(Affiant)

## PART II - DECLARATION OF ATTORNEY

I certify that the affiant(s) signed this form before I submitted the Documents, I gave the affiant(s) a copy of the Documents and this DECLARATION, and I have followed all other electronic filing requirements currently established by local rule and standing order. This DECLARATION is based on all information of which I have knowledge and my signature below constitutes my certification of the foregoing under Fed. R. Bankr. P. 9011. I have reviewed and will comply with the provisions of MEFR 7.

Dated: August 26, 2021

Signed: /s/ Joseph M. Downes III
(Attorney for Affiant)

2

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF Massachusetts

In re NESV Ice, LLC

Case No. _____

Chapter 11

(Debtor(s))

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for NESV Ice, LLC in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation(s)' equity interests, or states that there are no entities to report under FRBP 7007:

☐ None [check if applicable]

Ajax 5Cap NESV, LLC

| 08/26/2021 | William McMahon |
|---|---|
| Date | Statement of attorney or Litigant |

## WRITTEN CONSENT OF SOLE MEMBER AND MANAGER OF NESV ICE, LLC

The undersigned, being the sole Member and sole Manager of NESV Ice, LLC (the "Company") do hereby approve, consent to and take the following actions pursuant to the NESV Ice, LLC Operating Agreement (the "Operating Agreement"):

VOTED: that the Company shall file a petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Massachusetts;

VOTED: that Stuart Silberberg (the "Authorized Manager") is hereby authorized (i) to prepare and file on behalf of the Company a petition for relief under Chapter 11 of the Bankruptcy Code; (ii) to execute on behalf of the Company such petition, schedules and statements as the Authorized Manager may deem necessary or appropriate in connection with such bankruptcy filing; (iii) to take such steps on behalf of the Company as may be necessary or appropriate for the Company's bankruptcy case; and (iv) to execute such other further documents, agreements or instruments and take such further actions as the Authorized Manager may deem necessary or appropriate with respect to the foregoing;

VOTED: that the retention of the law firm Downes McMahon LLP as bankruptcy counsel to the Company is hereby ratified and confirmed; and

VOTED, that this written Consent be filed with the other written records of consensus, votes, consents, approvals meeting minutes or other proceedings of the Member and of the Company kept pursuant to the Operating Agreement.

Executed as of August 26, 2021.

Member:

AJAX 5CAP NESV, LLC

By: Stuart Silberberg
Its: Manager

Manager:

STUART SILBERBERG