**Fill in this information to identify the case:**

Debtor name    NESV Ice, LLC

United States Bankruptcy Court for the:    District of Massachusetts

                                     (State)

Case number (If known):    21-11226

☐ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals    12/15

---

### Part 1:    Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

     1a. **Real property:**
         Copy line 88 from *Schedule A/B* ..........................................    $ _____ 0.00

     1b. **Total personal property:**
         Copy line 91A from *Schedule A/B* ......................................    $ _____ 828,090.00

     1c. **Total of all property:**
         Copy line 92 from *Schedule A/B* .......................................    $ _____ 828,090.00

---

### Part 2:    Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
     Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ................    $ _____ 11,244,035.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

     3a. **Total claim amounts of priority unsecured claims:**
         Copy the total claims from Part 1 from line 6a of *Schedule E/F* ..........................    $ _____ 262,289.00

     3b. **Total amount of claims of nonpriority amount of unsecured claims:**
         Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ..........................    +$ _____ 1,845,727.00

4. **Total liabilities** .................................................................................................    $ _____ 13,352,051.00
     Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name ___NESV Ice, LLC___

United States Bankruptcy Court for the: __District of Massachusetts__

Case number (If known): ___21-11226___

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** — $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Rockland Trust | Checking | 3  8  3  2 | $ 188,340.00 |
| 3.2. | Rockland Trust | Checking | 4  0  5  2 | $ 22,500.00 |

4. **Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1. | _____ | $_____ |
| 4.2. | _____ | $_____ |

5. **Total of Part 1** — $ 210,840.00

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | _____ | $_____ |
| 7.2. | _____ | $_____ |

Debtor ___NESV Ice, LLC_____  Case number *(if known)* _21-11226_____
          Name

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

      Description, including name of holder of prepayment

      8.1._____ $_____

      8.2._____ $_____

**9. Total of Part 2.**

      Add lines 7 through 8. Copy the total to line 81.           $_____

---

**Part 3:**  **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☑ Yes. Fill in the information below.

                                                           **Current value of debtor's interest**

**11. Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | | Current value of debtor's interest |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | 88,509.00 | – | 19,614.00 | = ........➔ | $ 68,895.00 |
| 11b. Over 90 days old: | 350,592.00 | – | 257,237.00 | = ........➔ | $ 93,355.00 |

**12. Total of Part 3**

      Current value on lines 11a + 11b = line 12. Copy the total to line 82.       $ 162,250.00

---

**Part 4:**  **Investments**

**13. Does the debtor own any investments?**

    ☐ No. Go to Part 5.

    ☑ Yes. Fill in the information below.

                      **Valuation method used for current value**      **Current value of debtor's interest**

**14. Mutual funds or publicly traded stocks not included in Part 1**

      Name of fund or stock:

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| 14.1. _____ | _____ | $_____ |
| 14.2. _____ | _____ | $_____ |

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

| Name of entity: | % of ownership: | | Valuation method | Current value of debtor's interest |
|---|---|---|---|---|
| 15.1. NESV Hitmen, LLC | 75 | % | Cost | $ 50,000.00 |
| 15.2. _____ | _____ | % | _____ | $_____ |

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

      Describe:

| | | Current value of debtor's interest |
|---|---|---|
| 16.1. _____ | _____ | $_____ |
| 16.2. _____ | _____ | $_____ |

**17. Total of Part 4**

      Add lines 14 through 16. Copy the total to line 83.       $ 50,000.00

---

Debtor    NESV Ice, LLC _____    Case number (if known) _____21-11226_____
         Name

---

| **Part 5:** | **Inventory, excluding agriculture assets** |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| _____ | ___/___/___ MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** | | | | |
| _____ | ___/___/___ MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** | | | | |
| _____ | ___/___/___ MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** | | | | |
| _____ | ___/___/___ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.

$_____

24. **Is any of the property listed in Part 5 perishable?**
☐ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes. Book value _____  Valuation method_____  Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☐ Yes

---

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ |

---

Debtor  NESV Ice, LLC
Name

Case number (if known) 21-11226

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 7:**  Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| | $_____ | _____ | $_____ |
| 40. **Office fixtures** | | | |
| | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** Office Furniture and Equipment | $ 14,000.00 | Historic cost | $ 14,000.00 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | · $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 14,000.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor _____    Case number (if known) 21-11226
         NESV Ice, LLC
         Name

---

| Part 8: | Machinery, equipment, and vehicles |
|---------|-------------------------------------|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 _____ | $_____ | _____ | $_____ |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |
| 48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |
| 49. **Aircraft and accessories** | | | |
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** Machinery and equipment used in operating ice rink, including zamboni | $ 391,000.00 | Historic cost | $ 391,000.00 |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$ 391,000.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☑ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

Debtor    NESV Ice, LLC
_____
Name

Case number (if known) 21-11226
_____

---

**Part 9:**    **Real property**

54.  **Does the debtor own or lease any real property?**
   ☐ No. Go to Part 10.
   ☑ Yes. Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1  12.4 acre parcel of land located at 1395 Commerce Way, Attleboro MA and buildings and improvements thereon | Owned | $ 17,284,946.00 | _____ | $ Unknown |
| 55.2 | | $ _____ | _____ | $ _____ |
| 55.3 | | $ _____ | _____ | $ _____ |

56.  **Total of Part 9.**
   Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

   $ 0.00

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**
   ☐ No
   ☑ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

---

**Part 10:**    **Intangibles and intellectual property**

59.  **Does the debtor have any interests in intangibles or intellectual property?**
   ☐ No. Go to Part 11.
   ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** | $ _____ | _____ | $ _____ |
| 61.  **Internet domain names and websites**<br>www.nesportsvillage.com | $ _____ | _____ | $ Unknown |
| 62.  **Licenses, franchises, and royalties** | $ _____ | _____ | $ _____ |
| 63.  **Customer lists, mailing lists, or other compilations**<br>Customer lists | $ 50,000.00 | Historic cost | $ Unknown |
| 64.  **Other intangibles, or intellectual property** | $ _____ | _____ | $ _____ |
| 65.  **Goodwill** | $ _____ | _____ | $ _____ |

66.  **Total of Part 10.**
   Add lines 60 through 65. Copy the total to line 89.

   $ 0.00

---

Debtor    NESV Ice, LLC                                    Case number *(if known)*  21-11226
          Name

---

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No
☑ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No
☑ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 11:  All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____    _____ – _____ = →   $_____
                           Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

| _____ | Tax year _____ | $_____ |
| _____ | Tax year _____ | $_____ |
| _____ | Tax year _____ | $_____ |

73. **Interests in insurance policies or annuities**

_____                                    $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

Counterclaims against Construction Source Management, LLC and                $ Unknown

Nature of claim    Fraud/Misrepresentation/Breach of co

Amount requested   $ 0.00

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____                                    $_____

Nature of claim    _____

Amount requested   $_____

76. **Trusts, equitable or future interests in property**

_____                                    $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____                                    $_____
_____                                    $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.        $ 0.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

---

Debtor    NESV Ice, LLC                                    Case number (if known) 21-11226
_____
Name

| Part 12: | Summary |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 210,840.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 162,250.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 50,000.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 14,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 391,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ............................................................➡ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ..........................91a. | $ 828,090.00 | + 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ...........................828,090.00......................................... $ 828,090.00

**Fill in this information to identify the case:**

Debtor name     NESV Ice, LLC

United States Bankruptcy Court for the:   District of Massachusetts

Case number (If known):   21-11226

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1:      List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1** Creditor's name
Ashcroft Sullivan Sports Village Lender, LLC

Creditor's mailing address
200 State Street
7th Floor, Boston, MA 02109

Creditor's email address, if known

Date debt was incurred   11/21/2019
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Specify each creditor, including this creditor,
Construction Source Management, LLC, 1st; SHS ACK, LLC, 1st; Ashcroft Sullivan Sports Vill...

Describe debtor's property that is subject to a lien
12.4 acre parcel of land located at 1395 Commerce Way, Attleboro MA and buildings and improvements thereon

Describe the lien
2nd Mortgage

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

$ Undetermined          $ Unknown

**2.2** Creditor's name
Construction Source Management, LLC

Creditor's mailing address
33 Commercial St.
Raynham, MA 02767

Creditor's email address, if known

Date debt was incurred   Various
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   
   ☑ Yes. The relative priority of creditors is specified on lines  2.1

Describe debtor's property that is subject to a lien
12.4 acre parcel of land located at 1395 Commerce Way, Attleboro MA and buildings and improvements thereon

Describe the lien
Statutory,

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

$Undetermined          $Unknown

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          $ 11,244,035.00

Debtor  NESV Ice, LLC
        Name

Case number *(if known)*  21-11226

| Part 1: | Additional Page | Column A | Column B |
|---------|-----------------|----------|----------|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.3** **Creditor's name**
SHS ACK, LLC

_____

**Creditor's mailing address**

c/o Curran Antonelli, LLP

10 Post Office Square, Suite 800 South, Bc

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

 ☐ No. Specify each creditor, including this creditor, and its relative priority.

 [_____]

 ☑ Yes. The relative priority of creditors is specified on lines 2.1

**Describe debtor's property that is subject to a lien**

12.4 acre parcel of land located at 1395 Commerce Way, Attleboro MA and buildings and improvements thereon

$11,244,035.00   $Unknown

**Describe the lien**

Mortgage

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

---

**2.___** **Creditor's name**

_____

**Creditor's mailing address**

_____

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**

☐ No

☐ Yes. Have you already specified the relative priority?

 ☐ No. Specify each creditor, including this creditor, and its relative priority.

 [_____]

 ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

$_____   $_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☐ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| Debtor | NESV Ice, LLC | Case number *(if known)* | 21-11226 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | NESV Ice, LLC |
| United States Bankruptcy Court for the: | District of Massachusetts |
| Case number (if known) | 21-11226 |

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims           12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address**<br>City of Attleboro<br>77 Park Street<br>Attleboro, MA, 02703 | **As of the petition filing date, the claim is:** $ 262,289.00<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 262,289.00 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>Taxes & Other Government Units | |
| | **Last 4 digits of account number** _____ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 ) | | |
| **2.2** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $_____<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $_____ |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:** | |
| | **Last 4 digits of account number** _____ | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____) | | |
| **2.3** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $_____<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $_____ |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:** | |
| | **Last 4 digits of account number** _____ | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____) | | |

Debtor   NESV Ice, LLC
_____
         Name

Case number (*if known*)   21-11226
_____

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|   | | **Amount of claim** |
|---|---|---|

**3.1**
**Nonpriority creditor's name and mailing address**
Ashcroft Sullivan Law
200 State Street
7th Floor
Boston, MA, 02109

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:    Services

$ 1,511,180.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.2**
**Nonpriority creditor's name and mailing address**
Eversource Gas of Massachusetts f/k/a Columbia Gas
P.O. Box 2025
Springfield, MA, 01102

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Utility Services

$ 7,229.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.3**
**Nonpriority creditor's name and mailing address**
JBH Advisory, LLC
62 Forge River Park
Raynham, MA, 02767

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Services

$ 5,000.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.4**
**Nonpriority creditor's name and mailing address**
Likarr Maintenance Syatems
6 Perry Drive
Foxboro, MA, 02035

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Services

$ 2,919.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.5**
**Nonpriority creditor's name and mailing address**
National Grid
300 Erie Blvd. W
Syracuse, NY, 13202

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Utility Services

$ 316,645.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.6**
**Nonpriority creditor's name and mailing address**
Sturdy Memorial Hospital
211 Park Street
Attleboro, MA, 02703

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Services

$ 469.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☒ No
☐ Yes

Debtor _____NESV Ice, LLC_____                    Case number (if known) ___21-11226___
           Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.**⁷  **Nonpriority creditor's name and mailing address**

WB Mason
59 Centre St.
Brockton, MA, 02301

$ 2,285.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3.____**  **Nonpriority creditor's name and mailing address**

$ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3.____**  **Nonpriority creditor's name and mailing address**

$ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3.____**  **Nonpriority creditor's name and mailing address**

$ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3.____**  **Nonpriority creditor's name and mailing address**

$ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

Debtor ___NEBP Ine. LLC_____   Case number (if known) __21-11226_____
            Name

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

|  | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA, 019101-7346 | Line ____<br>☑ Not listed. Explain:<br>No amounts owed | _____ |
| 4.2. |  | Line ____<br>☐ Not listed. Explain | _____ |
| 4.3. |  | Line ____<br>☐ Not listed. Explain | _____ |
| 4.4. |  | Line ____<br>☐ Not listed. Explain | _____ |
| 41. |  | Line ____<br>☐ Not listed. Explain | _____ |
| 4.5. |  | Line ____<br>☐ Not listed. Explain | _____ |
| 4.6. |  | Line ____<br>☐ Not listed. Explain | _____ |
| 4.7. |  | Line ____<br>☐ Not listed. Explain | _____ |
| 4.8. |  | Line ____<br>☐ Not listed. Explain | _____ |
| 4.9. |  | Line ____<br>☐ Not listed. Explain | _____ |
| 4.10. |  | Line ____<br>☐ Not listed. Explain | _____ |
| 4.11. |  | Line ____<br>☐ Not listed. Explain | _____ |

Debtor   WEBB Fee, LLC
         Name                                                    Case number (if known)   21-11226

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

5.  Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 262,289.00 |
| 5b. **Total claims from Part 2** | 5b. + | $ 1,845,727.00 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 2,108,016.00 |

**Fill in this information to identify the case:**

Debtor name __NESV Ice, LLC__

United States Bankruptcy Court for the: __District of Massachusetts__

Case number (If known): __21-11226__        Chapter __11__

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | **State what the contract or lease is for and the nature of the debtor's interest** | Real property lease Lessee | Athletic Performance Training Systems 9 Technology Park Drive East Falmouth, MA, 02536 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.2** | **State what the contract or lease is for and the nature of the debtor's interest** | Real property lease Lessee | The Barn Food and Spirits 1395 Commerce Way Attleboro, MA, 02703 |
| | **State the term remaining** | 7 mos. | |
| | **List the contract number of any government contract** | | |
| **2.3** | **State what the contract or lease is for and the nature of the debtor's interest** | Real property lease Lessee | Performance Physical Therapy 1395 Commerce Way Attleboro, MA, 02703 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.4** | **State what the contract or lease is for and the nature of the debtor's interest** | Locker room lease Lessee | Attleboro High School 100 Rathbur Willard Dr. Attleboro, MA, 02703 |
| | **State the term remaining** | Annual - in season | |
| | **List the contract number of any government contract** | | |
| **2.5** | **State what the contract or lease is for and the nature of the debtor's interest** | Locker room lease Lessee | Bishop Feehan High School 70 Holcott Drive Attleboro, MA, 02703 |
| | **State the term remaining** | Annual - in season | |
| | **List the contract number of any government contract** | | |

| Debtor | NESV Ice, LLC | | Case number (if known) | 21-11226 |
|---|---|---|---|---|
| | Name | | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | Locker room lease Lessee | North Attleboro High School 1 Wilson W. Whitty Way North Attleboro, MA, 02760 |
| | State the term remaining | Annual - in season | |
| | List the contract number o any government contract | | |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | Locker room lease Lessee | Northeast Generals, LLC 1395 Commerce Way Attleboro, MA, 02703 |
| | State the term remaining | Annual - full year | |
| | List the contract number of any government contract | | |
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | Solar power roof lease | GSPP NESV, LLC 1360 Garrison Avenue Bronx, NY, 10474 |
| | State the term remaining | 19 years | |
| | List the contract number of any government contract | | |
| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | License agreement for use of ice rink | Lovell's Hockey Schools, Inc. 235 Summer Street Hingham, MA, 02043 |
| | State the term remaining | 5 years | |
| | List the contract number of any government contract | | |
| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | License agreement for use of ice rink | North Attleboro Hockey Association, Inc. 50 Juniper Road North Attleboro, MA, 02760 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.11 | State what the contract or lease is for and the nature of the debtor's interest | License agreement for use of ice rink | Dighton Rehoboth High School 2700 Regional Rd. North Dighton, MA, 02764 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.12 | State what the contract or lease is for and the nature of the debtor's interest | License agreement for use of ice rink | Northeast Generals, LLC 1395 Commerce Ave. Attleboro, MA, 02703 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | NESV Ice, LLC | Case number (*if known*) | 21-11226 |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.13** | **State what the contract or lease is for and the nature of the debtor's interest** | License agreement for use of ice rink | Ocean State Ice Theater<br>101 Higginson Avenue<br>Suite 109C<br>Lincoln, RI, 02865 |
| | **State the term remaining** | | |
| | **List the contract number o any government contract** | | |
| **2.14** | **State what the contract or lease is for and the nature of the debtor's interest** | License agreement for use of ice rink | Bishop Feehan High School<br>70 Holcott Drive<br>Attleboro, MA, 02703 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.15** | **State what the contract or lease is for and the nature of the debtor's interest** | License agreement for use of ice rink | North Attleboro High School<br>1 Wilson W. Whitty Way<br>North Attleboro, MA, 02760 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.16** | **State what the contract or lease is for and the nature of the debtor's interest** | License agreement for use of ice rink and locker rooms | Johnson & Wales University<br>8 Abbot Park Place<br>Providence, RI, 02903 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.17** | **State what the contract or lease is for and the nature of the debtor's interest** | License agreement for use of ice rink | Parents for Attleboro School Hockey, Inc.<br>100 Rathbur Willard Dr.<br>Attleboro, MA, 02703 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.___** | **State what the contract or lease is for and the nature of the debtor's interest** | | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.___** | **State what the contract or lease is for and the nature of the debtor's interest** | | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

**Fill in this information to identify the case:**

Debtor name ___NESV Ice, LLC___

United States Bankruptcy Court for the: ___District of Massachusetts___

Case number (If known): ___21-11226___

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 Stuart Silberberg | Stuart Silberberg<br>28 Marjory Lane<br>Scarsdale, NY 10583 | Construction Source Mana | ☑ D<br>☐ E/F<br>☐ G |
| 2.2 NESV Field, LLC | NESV Field, LLC<br>1395 Commerce Ave.<br>Attleboro, MA 02703 | SHS ACK, LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.3 NESV Tennis, LLC | NESV Tennis, LLC<br>1395 Commerce Ave.<br>Attleboro, MA 02703 | SHS ACK, LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.4 NESV Hotel, LLC | NESV Hotel, LLC<br>1395 Commerce Ave.<br>Attleboro, MA 02703 | SHS ACK, LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.5 NESV Swim, LLC | NESV Swim, LLC<br>1395 Commerce Ave.<br>Attleboro, MA 02703 | SHS ACK, LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.6 NESV Land, LLC | NESV Land, LLC<br>1395 Commerce Ave.<br>Attleboro, MA 02703 | SHS ACK, LLC | ☑ D<br>☐ E/F<br>☐ G |

Debtor    NESV Ice, LLC
_____
Name

Case number (if known) 21-11226
_____

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.7 | NESV Land East, l | NESV Land East, LLC<br>1395 Commerce Ave.<br>Attleboro, MA 02703 | SHS ACK, LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.8 | Ajax 5Cap NESV, l | Ajax 5Cap NESV, LLC<br>1395 Commerce Ave.<br>Attleboro, MA 02703 | SHS ACK, LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.9 | NESV Hotel, LLC | NESV Hotel, LLC<br>1395 Commerce Ave.<br>Attleboro, MA 02703 | Ashcroft Sullivan Sports \ | ☑ D<br>☐ E/F<br>☐ G |
| 2.10 | NESV Field, LLC | NESV Field, LLC<br>1395 Commerce Ave.<br>Attleboro, MA 02703 | Ashcroft Sullivan Sports \ | ☑ D<br>☐ E/F<br>☐ G |
| 2.11 | NESV Land, LLC | NESV Land, LLC<br>1395 Commerce Ave.<br>Attleboro, MA 02703 | Ashcroft Sullivan Sports \ | ☑ D<br>☐ E/F<br>☐ G |
| 2.12 | NESV Tennis, LLC | NESV Tennis, LLC<br>1395 Commerce Ave.<br>Attleboro, MA 02703 | Ashcroft Sullivan Sports \ | ☑ D<br>☐ E/F<br>☐ G |
| 2.13 | NESV Swim, LLC | NESV Swim, LLC<br>1395 Commerce Ave.<br>Attleboro, MA 02703 | Ashcroft Sullivan Sports \ | ☑ D<br>☐ E/F<br>☐ G |
| 2.14 | Ajax 5Cap NESV, l | Ajax 5Cap NESV, LLC<br>1395 Commerce Ave.<br>Attleboro, MA 02703 | Ashcroft Sullivan Sports \ | ☑ D<br>☐ E/F<br>☐ G |

Debtor  NESV Ice, LLC
        _____
        Name

Case number (*if known*)___21-11226_____

| | |
|---|---|
| �as black box | **Additional Page if Debtor Has More Codebtors** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.15 Stuart Silberberg | Stuart Silberberg<br>28 Marjory Lane<br>Scarsdale, NY 10583 | SHS ACK, LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.___ _____ | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ _____ | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ _____ | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ _____ | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ _____ | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ _____ | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ _____ | | _____ | ☐ D<br>☐ E/F<br>☐ G |

Fill in this information to identify the case and this filing:

Debtor Name  NESV Ice, LLC

United States Bankruptcy Court for the:  District of Massachusetts

Case number (if known):  21-11226

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING — Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

  **Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑  *Schedule H: Codebtors* (Official Form 206H)

☑  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐  Amended *Schedule* ____

☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐  Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  09/24/2021
              MM / DD / YYYY

✗ _____
Signature of individual signing on behalf of debtor

Stuart Silberberg
Printed name

Manager
Position or relationship to debtor

Official Form 202         Declaration Under Penalty of Perjury for Non-Individual Debtors

**Fill in this information to identify the case:**

Debtor name ___NESV Ice, LLC___

United States Bankruptcy Court for the: District of Massachusetts

Case number (If known): ___21-11226___

☐ Check if this is an
amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy  04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:    Income

1. **Gross revenue from business**

   ☐ None

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|---|---|
   | **From the beginning of the fiscal year to filing date:** | From 01/01/2021<br>MM / DD / YYYY | to   Filing date | ☑ Operating a business<br>☐ Other | $ 1,254,693.00 |
   | **For prior year:** | From 01/01/2020<br>MM / DD / YYYY | to 12/31/2020<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 1,632,781.00 |
   | **For the year before that:** | From 01/01/2019<br>MM / DD / YYYY | to 01/01/2019<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 1,990,024.00 |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None

   | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|---|---|
   | **From the beginning of the fiscal year to filing date:** | From 01/01/2021<br>MM / DD / YYYY | to   Filing date | | $ 0.00 |
   | **For prior year:** | From 01/01/2020<br>MM / DD / YYYY | to 12/31/2020<br>MM / DD / YYYY | | $ 0.00 |
   | **For the year before that:** | From 01/01/2019<br>MM / DD / YYYY | to 01/01/2019<br>MM / DD / YYYY | | $ 0.00 |

| Debtor | NESV Ice, LLC | Case number (if known) | 21-11226 |
|--------|---------------|------------------------|----------|
|        | Name          |                        |          |

**Part 2:**     **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | See Attached SOFA Part 2, Question 3 <br> Creditor's name | _____ <br> _____ <br> _____ | $ 680,270.69 | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |
| 3.2. | _____ <br> Creditor's name | _____ <br> _____ <br> _____ | $_____ | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Ajax 5Cap NESV, LLC <br> Insider's name <br> 1395A Commerce Way <br> Attleboro, MA 02703 <br><br> **Relationship to debtor** <br> Member | 08/05/2021 <br> _____ <br> _____ | $ 150,000.00 | Payment for NESV Ice obligations paid or to be paid by Ajax 5Cap NESV (which unlike NESV Ice had wiring capabilities) |
| 4.2. | _____ <br> Insider's name <br><br><br> **Relationship to debtor** <br> _____ | _____ <br> _____ <br> _____ | $_____ | |

Debtor    NESV Ice, LLC
_____    Case number (*if known*) 21-11226
Name                                                                    _____

### 5. Repossessions, foreclosures, and returns

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | _____<br>Creditor's name | | _____ | $_____ |
| 5.2. | _____<br>Creditor's name | | _____ | $_____ |

### 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____<br>Creditor's name | | _____ | $_____ |

Last 4 digits of account number: XXXX– _____

---

### Part 3:    Legal Actions or Assignments

### 7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Construction Source Management et al. v. NESV Ice et al. | Construction dispute | Superior Court of Massachusetts for Bristol County | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>No. 1773-CV-00077 | | MA | |
| 7.2. | **Case title** | | **Court or agency's name and address** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number** | | | |

---

Debtor    NESV Ice, LLC
_____    Case number *(if known)* 21-11226
Name    _____

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| | _____ | _____ |
| | | Name |
| | **Case number** | |
| | _____ | |
| | **Date of order or assignment** | |
| | _____ | |

## Part 4:    Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | _____ | | _____ | $_____ |
| | Recipient's name | | _____ | $_____ |
| | **Recipient's relationship to debtor** | | | |
| | _____ | | | |
| 9.2. | _____ | | _____ | $_____ |
| | Recipient's name | | _____ | $_____ |
| | **Recipient's relationship to debtor** | | | |
| | _____ | | | |

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| | _____ | _____ | $_____ |

| Debtor | NESV Ice, LLC | Case number *(if known)* | 21-11226 |
|---|---|---|---|
| | Name | | |

## Part 6:  Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Downes McMahon LLP | | Various | $ 67,686.41 |
| | **Address** | | | |
| | 215 Lewis Wharf<br>Boston, MA 02110 | | | |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |
| | Debtor and Ajax 5Cap NESV, LLC | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | Hollis Meddings Group | | Various | $ 19,017.00 |
| | **Address**<br>1481 Wampanoag Trail<br>Suite 3<br>Riverside, RI 02915 | | | |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |
| | Debtor and Ajax 5Cap NESV, LLC | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | $_____ |
| | **Trustee** | | | |
| | | | | |

Debtor    NESV Ice, LLC
_____    Case number (if known) 21-11226
Name

### 13. Transfers not already listed on this statement

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | Who received transfer? | | _____ | $_____ |
| | _____ | | | |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

---

**Part 7:    Previous Locations**

---

### 14. Previous addresses

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy | | | |
|---|---|---|---|---|---|
| 14.1. | | From | _____ | To | _____ |
| 14.2. | | From | _____ | To | _____ |

| Debtor | NESV Ice, LLC | Case number (if known) | 21-11226 |
|---|---|---|---|
| | Name | | |

---

| Part 8: | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br>Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.2. _____<br>Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

---

| Part 9: | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☑ Yes. State the nature of the information collected and retained. Names and email addresses

Does the debtor have a privacy policy about that information?

☐ No

☑ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ |

Has the plan been terminated?

☐ No

☐ Yes

Debtor __NESV Ice, LLC_____    Case number *(if known)*__21-11226___
     <sub>Name</sub>

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
| --- | --- |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- | --- |
| 18.1. | _____<br><sub>Name</sub> | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. | _____<br><sub>Name</sub> | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
| --- | --- | --- | --- |
| _____<br><sub>Name</sub><br><br>Address | | | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
| --- | --- | --- | --- |
| _____<br><sub>Name</sub><br><br>Address | | | ☐ No<br>☐ Yes |

Debtor    NESV Ice, LLC
_____
Name

Case number (*if known*) 21-11226
_____

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| _____ | | | |
| Name | | | |

| Part 12: | Details About Environmental Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | | ☐ Pending |
| **Case number** | Name | | ☐ On appeal |
| _____ | _____ | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ | _____ | | _____ |
| Name | Name | | |

Debtor      NESV Ice, LLC
_____      Case number *(if known)* 21-11226
            Name

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ Name | _____ Name | | _____ |

---

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | NESV Hitmen, LLC<br>_____<br>Name<br>1395 Commerce Way<br>Attleboro, MA 02703 | Youth hockey club | EIN: 27-2631546<br><br>**Dates business existed**<br><br>From _____   To _____ |
| 25.2. | **Business name and address**<br>_____<br>Name | **Describe the nature of the business** | **Employer Identification number**<br>Do not include Social Security number or ITIN.<br><br>EIN: _____<br>**Dates business existed**<br><br>From _____   To _____ |
| 25.3. | **Business name and address**<br>_____<br>Name | **Describe the nature of the business** | **Employer Identification number**<br>Do not include Social Security number or ITIN.<br><br>EIN: _____<br>**Dates business existed**<br><br>From _____   To _____ |

---

Official Form 207      **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**      page **10**

| Debtor | NESV Ice, LLC | Case number (if known) | 21-11226 |
|---|---|---|---|
| | Name | | |

---

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | Dates of service |
|---|---|---|
| 26a.1. | JBH Advisory | From _____ |
| | Name | To _____ |
| | 62 Forge River Park, Raynham, MA 02767 | |

| Name and address | | Dates of service |
|---|---|---|
| 26a.2. | | From _____ |
| | Name | To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | | Dates of service |
|---|---|---|
| 26b.1. | | From _____ |
| | Name | To _____ |

| Name and address | | Dates of service |
|---|---|---|
| 26b.2. | | From _____ |
| | Name | To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | JBH Advisory, LLC | |
| | Name | |
| | 62 Forge River Park, Raynham, MA 02767 | |

Debtor    NESV Ice, LLC _____    Case number (if known) 21-11226 _____
         Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.2. _____
       Name

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|

26d.1.  HarborOne Bank
        Name
        770 Oak St., Brockton, MA 02301

| Name and address |
|---|

26d.2.  Ashcroft Sullivan Sports Village Lender, LLC
        Name
        200 State Street, 7th Floor, Boston, MA 02109

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|

27.1.  _____
       Name

| Debtor | NESV Ice, LLC | Case number (if known) | 21-11226 |
|--------|---------------|------------------------|----------|
| | Name | | |

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.2. _____ |
| Name |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| Ajax 5Cap NESV, LLC | 1395A Commerce Way, Attleboro, MA 02703 | Member | 100 |
| Stuart Silberberg | 28 Marjory Lane, Scarsdale, NY 10583 | Manager | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1. _____ | _____ | _____ | |
| Name | | | |
| | | _____ | |
| | | _____ | |
| Relationship to debtor | | _____ | |
| _____ | | _____ | |

| Debtor | NESV Ice, LLC | Case number (*if known*) | 21-11226 |
|---|---|---|---|
| | Name | | |

| | Name and address of recipient | | |
|---|---|---|---|
| 30.2 | | _____ | _____ |
| | Name | | _____ |
| | | | _____ |
| | | | _____ |
| | Relationship to debtor | | _____ |
| | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
☑ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| Ajax 5Cap NESV, LLC | EIN: 47-3683410 |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: _____ |

---

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   09/24/2021
              MM / DD / YYYY

✖ _____          Printed name  Stuart Silberberg
Signature of individual signing on behalf of the debtor

Position or relationship to debtor   Manager

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No
☑ Yes

---

Debtor    NESV Ice, LLC
          _____          Case number (if known) 21-11226
          Name                                                              _____

---

**Name and address of recipient**

30.2   _____          _____  _____
       Name                                                     _____
                                                                _____
                                                                _____
                                                                _____

       **Relationship to debtor**
       _____          _____

---

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**
    ☐ No
    ☑ Yes. Identify below.

       Name of the parent corporation                    Employer Identification number of the parent
                                                          corporation

       Ajax 5Cap NESV, LLC                                EIN: 47-3683410

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**
    ☑ No
    ☐ Yes. Identify below.

       Name of the pension fund                           Employer Identification number of the pension fund

       _____                   EIN: _____

---

## Part 14:   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    09/24/2021
               MM / DD / YYYY

X _____          Printed name  Stuart Silberberg
  Signature of individual signing on behalf of the debtor

  Position or relationship to debtor  Manager

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
   ☐ No
   ☑ Yes

---

SCHEDULE 3.1 TO NESV ICE, LLC STATEMENT OF FINANCIAL AFFAIRS

| Date | Transaction Description | Transaction Type | Amount | Comments | Category |
|---|---|---|---|---|---|
| 5/27/21 | Stanley Security -Bill.Com | ACH, Withdrawal, Processed | (571.47) | | Vendors |
| 5/28/21 | Check 2134 - J. Menzel (Expense Reimbursement) | Draft, Withdrawal, Processed | (63.33) | | Vendors |
| 5/29/21 | Internet Transfer to x0421 CK - Legal Retainer - Downes McMahon | Withdrawal, Processed | (50,000.00) | Legal Retainer - See contract | Services |
| 5/30/21 | Bill.com Payables Multiple Payments Bill.com Payables 016AQ4BXL1TFG4P | ACH, Withdrawal, Processed | (2,200.00) | | Services |
| 5/31/21 | ACH MONTHLY INVO PROCESSOR Credit Card Processing Vendor | ACH, Withdrawal, Processed | (15.00) | | Services |
| 6/1/21 | Bill.com Payables Multiple Payments Bill.com Payables 016MLEMCL1THWQW | ACH, Withdrawal, Processed | (21,200.82) | See Page 2 of PDF | See Page 2 of PDF |
| 6/2/21 | Internet Transfer to x0421 CK - Legal Filing Fees | Withdrawal, Processed | (12,166.00) | Bankruptcy Filing Fees | Services |
| 6/3/21 | LEASING SERVICES CASH TRANS Leasing Services*866-803-2665*Agreement Number x0953-000 | ACH, Withdrawal, Processed | (123.88) | | Services |
| 6/3/21 | AMEX Payment | ACH, Withdrawal, Processed | (4,053.67) | | Vendors |
| 6/8/21 | VANTIV_INTG_PYMT BILLNG Merch Bankcard x2553 NESV ICE ECOM | ACH, Withdrawal, Processed | (67.45) | | Services |
| 6/8/21 | VANTIV_INTG_PYMT BILLNG Merch Bankcard x2571 NESV ICE | ACH, Withdrawal, Processed | (109.89) | | Services |
| 6/8/21 | VANTIV_INTG_PYMT BILLNG Merch Bankcard x4918 NESV ICE | ACH, Withdrawal, Processed | (49.95) | | Services |
| 6/8/21 | VANTIV_INTG_PYMT BILLNG Merch Bankcard x5790 NESV Ice - Ecommerce | ACH, Withdrawal, Processed | (149.45) | | Services |
| 6/10/21 | Bill.com Payables Multiple Payments Bill.com Payables 016ZACQMU1TTJF3 | ACH, Withdrawal, Processed | (29,344.00) | See Page 3 of PDF | See Page 3 of PDF |
| 6/10/21 | Check 2137 - Lowes | Draft, Withdrawal, Processed | (91.35) | | Vendors |
| 6/14/21 | Solex | Withdrawal, Processed | (12,464.34) | Payroll | Payroll |
| 6/14/21 | Richmonds + Co. LLC - Bill.com | ACH, Withdrawal, Processed | (2,374.48) | | Services |
| 6/15/21 | Check 2138 - Signs by Tomorrow | Draft, Withdrawal, Processed | (1,650.00) | | Vendors |
| 6/17/21 | Check 2140 - B. Larence (Reimbursement) | Draft, Withdrawal, Processed | (712.65) | | Vendors |
| 6/17/21 | Check 2135 - J. Woelfel (Reimbursement) | Draft, Withdrawal, Processed | (122.75) | | Vendors |
| 6/17/21 | Check 2136 - BJ's (Supplies) | Draft, Withdrawal, Processed | (110.00) | | Vendors |
| 6/18/21 | Check 2139 - Staples | Draft, Withdrawal, Processed | (201.49) | | Vendors |
| 6/21/21 | IPF5850-558-5000 IPFSPMTNJP ID NBR: 50334 | ACH, Withdrawal, Processed | (2,684.19) | | Services |
| 6/22/21 | RapidShot North America, Inc. Bill.com | ACH, Withdrawal, Processed | (496.22) | | Vendors |
| 6/23/21 | Check 2141 - R. Reily (Reimbursement) | Draft, Withdrawal, Processed | (1,200.00) | | Vendors |
| 6/23/21 | Stop Payment Fee | Fee, Withdrawal, Processed | (35.00) | | Services |
| 6/24/21 | Bill.com Payables Multiple Payments Bill.com Payables 016CO8XKS1UE2QZ | ACH, Withdrawal, Processed | (17,997.14) | See Page 4 of PDF | See Page 4 of PDF |
| 6/24/21 | MA Health Connec x9220 WEB PAY ID NBR: x2518 | ACH, Withdrawal, Processed | (3,151.40) | | Services |
| 6/25/21 | JBH Advisory Bill.com | ACH, Withdrawal, Processed | (4,557.25) | | Services |
| 6/25/21 | SportsEngine Inc MASS HOCKE | ACH, Withdrawal, Processed | (310.00) | | Vendors |
| 6/28/21 | Internet Transfer to x0421 CK - Legal retainer | Withdrawal, Processed | (14,962.50) | Legal Retainer - See contract | Vendors |
| 6/28/21 | Solex | Withdrawal, Processed | (22,347.80) | Payroll | Services |
| 6/28/21 | Internet Transfer to x4262 CK - Payroll | Withdrawal, Processed | (1,915.35) | | Services |
| 6/30/21 | Check 2145 - Precision Excavation | Draft, Withdrawal, Processed | (10,000.00) | Precision Excavation - Demo and Turf construction | Vendors |
| 6/30/21 | Check 2146 - M. Findlan (Reimbursement) | Draft, Withdrawal, Processed | (918.11) | | Vendors |
| 7/2/21 | ACH MONTHLY INVO PROCESSOR x6606 ID NBR: x4225 | ACH, Withdrawal, Processed | (15.00) | | Services |
| 7/6/21 | JBH Advisory - Bill.com | ACH, Withdrawal, Processed | (1,500.00) | | Services |
| 7/6/21 | LEASING SERVICES CASH TRANS Leasing Services*866-803-2665*Agreement Number x0953-000 | ACH, Withdrawal, Processed | (123.88) | | Services |
| 7/7/21 | VANTIV_INTG_PYMT BILLNG Merch Bankcard x2553 NESV ICE ECOM | ACH, Withdrawal, Processed | (67.45) | | Services |
| 7/7/21 | VANTIV_INTG_PYMT BILLNG Merch Bankcard x2571 NESV ICE | ACH, Withdrawal, Processed | (109.89) | | Services |
| 7/7/21 | VANTIV_INTG_PYMT BILLNG Merch Bankcard x4918 NESV Ice | ACH, Withdrawal, Processed | (49.95) | | Services |
| 7/7/21 | VANTIV_INTG_PYMT BILLNG Merch Bankcard x5790 NESV Ice - Ecommerce | ACH, Withdrawal, Processed | (69.95) | | Services |
| 7/7/21 | Check 2143 - R. Riley (Reimbursement) | Draft, Withdrawal, Processed | (2,028.61) | | Vendors |
| 7/7/21 | Check 2144 - R. Reily (Reimbursement) | Draft, Withdrawal, Processed | (285.00) | | Vendors |
| 7/7/21 | Check 2142 - R. Reily (Reimbursement) | Draft, Withdrawal, Processed | (243.90) | | Vendors |
| 7/8/21 | AMEX EPAYMENT ER AM ACH PMT ID NBR: W0848 | ACH, Withdrawal, Processed | (7,378.42) | AMEX Pmt. | Vendors |
| 7/12/21 | Solex | Withdrawal, Processed | (17,773.48) | Payroll | Services |
| 7/14/21 | Richmonds + Co. LLC. Bill.com | ACH, Withdrawal, Processed | (2,374.49) | | Services |
| 7/16/21 | Bill.com Payables Multiple Payments Bill.com Payables 016CGJLRY1VBM17 | ACH, Withdrawal, Processed | (132,981.32) | See Page 5 of PDF | See Page 5 of PDF |
| 7/16/21 | MERCHANT BANKCD PPI BANKCARD DEP DEPOSIT ID NBR: x6886 | ACH, Withdrawal, Processed | (1,957.00) | | Services |
| 7/16/21 | Check 2148 - B. Larence (Reimbursement) | Draft, Withdrawal, Processed | (1,080.20) | | Vendors |
| 7/19/21 | SportsEngine Inc MILITIA TO | Draft, Withdrawal, Processed | (1,339.09) | | Vendors |
| 7/20/21 | IPF5850-558-5000 IPFSPMTNJP ID NBR: 50334 | ACH, Withdrawal, Processed | (2,684.19) | | Services |
| 7/21/21 | Check 2147 - M. Donovan (Reimbursement) | Draft, Withdrawal, Processed | (100.00) | | Vendors |
| 7/22/21 | Bill.com Payables Multiple Payments Bill.com Payables 016ZQTLBE1VK1XR | ACH, Withdrawal, Processed | (11,577.41) | See Page 6 of PDF | See Page 6 of PDF |
| 7/26/21 | Solex | Withdrawal, Processed | (22,252.17) | Payroll | Services |
| 7/26/21 | MA Health Connec x9220 WEB PAY ID NBR: x2518 | ACH, Withdrawal, Processed | (4,360.40) | | Services |
| 7/26/21 | Check 2150 - B. Larence (Reimbursement) | Draft, Withdrawal, Processed | (605.23) | | Vendors |
| 7/26/21 | Check 2149 - Staples | Draft, Withdrawal, Processed | (64.50) | | Vendors |
| 7/28/21 | BiGraphics - Bill.com | ACH, Withdrawal, Processed | (610.60) | | Vendors |
| 7/29/21 | Check 2151 - Rays Hockey Apparel | Draft, Withdrawal, Processed | (1,500.00) | | Vendors |
| 7/29/21 | Check 2153 - Likkar Maintenance | Draft, Withdrawal, Processed | (540.58) | | Vendors |
| 7/29/21 | Check 2152 - T. South (Reimbursement) | Draft, Withdrawal, Processed | (120.00) | | Vendors |
| 8/3/21 | ACH MONTHLY INVO PROCESSOR x6506 ID NBR: x4225 | ACH, Withdrawal, Processed | (15.00) | | Services |
| 8/3/21 | JBH Advisory - Bill.com | ACH, Withdrawal, Processed | (1,500.00) | | Services |
| 8/3/21 | LEASING SERVICES CASH TRANS Leasing Services*866-803-2665*Agreement Number x0953-000 | ACH, Withdrawal, Processed | (123.88) | | Services |
| 8/3/21 | MERCHANT BANKCD PPI BANKCARD DEP DEPOSIT ID NBR: x6886 | ACH, Withdrawal, Processed | (431.10) | | Services |
| 8/5/21 | Internet Transfer to x0421 CK - Intercompany | Withdrawal, Processed | (150,000.00) | Transfer to Holding Company | Services |
| 8/9/21 | Solex | Withdrawal, Processed | (19,427.90) | Payroll | Services |
| 8/9/21 | VANTIV_INTG_PYMT BILLNG Merch Bankcard x2553 NESV ICE ECOM | ACH, Withdrawal, Processed | (67.45) | | Services |
| 8/9/21 | VANTIV_INTG_PYMT BILLNG Merch Bankcard x2571 NESV ICE | ACH, Withdrawal, Processed | (109.89) | | Services |
| 8/9/21 | VANTIV_INTG_PYMT BILLNG Merch Bankcard x4918 NESV Ice | ACH, Withdrawal, Processed | (49.95) | | Services |
| 8/9/21 | VANTIV_INTG_PYMT BILLNG Merch Bankcard x5790 NESV Ice - Ecommerce | ACH, Withdrawal, Processed | (69.95) | | Services |
| 8/9/21 | AMEX EPAYMENT ER AM ACH PMT ID NBR: W8094 | ACH, Withdrawal, Processed | (3,361.86) | | Vendors |
| 8/12/21 | Check 2154 - Brian Larence | Draft, Withdrawal, Processed | (5,925.00) | Brian Larence - Quetta Cup Reimbursement | Vendors |
| 8/16/21 | Check 2156 - B. Larence (Reimbursement) | Draft, Withdrawal, Processed | (437.84) | | Vendors |
| 8/17/21 | COLUMBIA GAS MA UTIL PYMT | ACH, Withdrawal, Processed | (6,140.58) | Gas Utility | Services |
| 8/19/21 | IPF5850-558-5000 IPFSPMTNJP ID NBR: 50334 | ACH, Withdrawal, Processed | (2,684.19) | | Services |
| 8/20/21 | Bill.com Payables Multiple Payments Bill.com Payables 016AFLPPP1WQI4O | ACH, Withdrawal, Processed | (2,479.65) | | Services |
| 8/20/21 | Bill.com Payables Multiple Payments Bill.com Payables 016RLMTCL1WSHOR | ACH, Withdrawal, Processed | (3,776.04) | | Services |
| 8/23/21 | Solex | Withdrawal, Processed | (20,559.17) | Payroll | Services |
| 8/23/21 | Check 2132 - Sports Unis | Draft, Withdrawal, Processed | (2,500.00) | | Vendors |
| 8/24/21 | Check 2155 - Eastern Alliance Kickoff | Draft, Withdrawal, Processed | (5,000.00) | Eastern Alliance Kickoff - Hitmen Hockey League Deposit | Vendors |
| 8/24/21 | Check 2158 -ProZone Athletics, LLC | Draft, Withdrawal, Processed | (20,500.00) | ProZone Athletics, LLC - Indoor Turf for Floor Sports | Vendors |
| 8/24/21 | MA Health Connec x9220 WEB PAY ID NBR: x2518 | ACH, Withdrawal, Processed | (2,901.60) | | Services |
| | | | (680,270.69) | | |

| Process Date | Vendor | Amount | Category |
|---|---|---|---|
| 6/3/21 | Accugrind | (78.00) | Vendors |
| 6/3/21 | City of Attleboro - Utility | (2,750.18) | Vendors |
| 6/3/21 | Comcast | (863.57) | Vendors |
| 6/3/21 | Frank L. Rounds Company | (610.41) | Vendors |
| 6/3/21 | Likarr Maintenance Systems | (455.75) | Vendors |
| 6/3/21 | Mourad & Sons Construction and Electric, Inc. | (492.91) | Vendors |
| 6/3/21 | U.S. Pavement Services, Inc. | (15,950.00) | Parking Lot P Vendors |
| | | (21,200.82) | Ties to 90 Day disbursement worksheet |

| Process Date | Vendor | Amount | | Category |
|---|---|---|---|---|
| 6/10/21 | Accugrind | (54.00) | | Vendors |
| 6/10/21 | Likarr Maintenance Systems | (50.00) | | Vendors |
| 6/10/21 | National Grid | (20,000.00) | Electrical Utility | Vendors |
| 6/10/21 | Town of West Warwick | (9,240.00) | Hitmen Hockey Programing Ice. | Vendors |
| | | (29,344.00) | Ties to 90 Day disbursement worksheet | |

| Process Date | Vendor | Amount | | Category |
|---|---|---|---|---|
| 6/24/21 | Accugrind | (150.00) | | Vendors |
| 6/24/21 | BBE Corpora | (150.00) | | Vendors |
| 6/24/21 | Copitex Busi | (55.00) | | Vendors |
| 6/24/21 | Eversource | (5,342.27) | Gas Utility | Vendors |
| 6/24/21 | Likarr Mainte | (814.17) | | Vendors |
| 6/24/21 | National Gri | (10,735.70) | Electric Utili | Vendors |
| 6/24/21 | Rhode Island | (750.00) | | Vendors |
| | | (17,997.14) | Ties to 90 Day disbursement worksheet | |

| Process Date | Vendor | Amount | Category |
|---|---|---|---|
| 7/16/21 | Attleboro Fire Department | (250.00) | Vendors |
| 7/16/21 | City of Attleboro - City Collector | (85,831.20) | Quarterly RE Vendors |
| 7/16/21 | City of Attleboro - Utility | (8,734.04) | Attleboro Uti Vendors |
| 7/16/21 | Comcast | (254.54) | Vendors |
| 7/16/21 | Copitex Business Machines, Inc. | (55.00) | Vendors |
| 7/16/21 | Eversource | (3,450.86) | Vendors |
| 7/16/21 | Flynn Pest Control, Inc. | (426.00) | Vendors |
| 7/16/21 | Frank L. Rounds Company | (610.41) | Vendors |
| 7/16/21 | Likarr Maintenance Systems | (825.73) | Vendors |
| 7/16/21 | National Grid | (30,297.85) | Electrical Uti Vendors |
| 7/16/21 | RapidShot North America, Inc. | (250.00) | Vendors |
| 7/16/21 | Signs By Tomorrow, Norton | (1,995.69) | Vendors |
| | | (132,981.32) | Ties to 90 Day Disbursement Schedule |

| Process Date | Vendor | Amount | Category |
|---|---|---|---|
| 7/22/21 | Mourad & Sons Construction and Electric, Inc. | (9,798.80) | Turf Constru Vendors |
| 7/22/21 | RapidShot North America, Inc. | (1,207.14) | Vendors |
| 7/22/21 | Stanley Security | (571.47) | Vendors |
| | | (11,577.41) | Ties to 90 Disbursement Worksheet |