In re:                                                                                     Case No. 21-11226-cjp

NESV Ice, LLC                                                                    Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0101-1                          User: admin                          Page 1 of 3

Date Rcvd: Dec 30, 2021                    Form ID: pdf012                    Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 01, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | NESV Ice, LLC, 1395A Commerce Way, Attleboro, MA 02703 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 01, 2022                          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 30, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christopher Marks | on behalf of Creditor SHS ACK  LLC cmarks@curranantonelli.com, filings@curranantonelli.com |
| Christopher Marks | on behalf of Defendant SHS ACK  LLC cmarks@curranantonelli.com, filings@curranantonelli.com |
| Donald R. Lassman | on behalf of Other Party Shubh Patel LLC don@lassmanlaw.com  lassmandr77558@notify.bestcase.com |
| Gary M. Hogan | on behalf of Creditor Ashcroft Sullivan Sports Village Lender  LLC garyh@bbb-lawfirm.com, jessicac@bbb-lawfirm.com;kimberlyk@bbb-lawfirm.com |
| Jesse I. Redlener | on behalf of Creditor JBH Advisory LLC jredlener@ascendantlawgroup.com |
| John Fitzgerald | USTPRegion01.BO.ECF@USDOJ.GOV |
| Joseph M. Downes, III | on behalf of Interested Party NESV Field  LLC jdownes@dmlawllp.com |
| Joseph M. Downes, III | |

District/off: 0101-1

Date Rcvd: Dec 30, 2021

User: admin

Form ID: pdf012

Page 2 of 3

Total Noticed: 1

on behalf of Interested Party NESV Hotel LLC jdownes@dmlawllp.com

Joseph M. Downes, III

on behalf of Interested Party NESV Land East LLC jdownes@dmlawllp.com

Joseph M. Downes, III

on behalf of Interested Party NESV Land LLC jdownes@dmlawllp.com

Joseph M. Downes, III

on behalf of Debtor NESV Ice LLC jdownes@dmlawllp.com

Joseph M. Downes, III

on behalf of Interested Party NESV Tennis LLC jdownes@dmlawllp.com

Joseph M. Downes, III

on behalf of Interested Party NESV Swim LLC jdownes@dmlawllp.com

Lee Harrington

on behalf of Creditor JBH Advisory LLC lh@ascendantlawgroup.com

Matthew J. McGowan

on behalf of Interested Party Ian Marsh mmcgowan@smsllaw.com acarlow@smsllaw.com

Michael L. Mahoney

on behalf of Creditor Construction Source Management LLC michael@mlmesq.com

Paul W. Carey

on behalf of Creditor Construction Source Management LLC pcarey@mirickoconnell.com, bankrupt@mirickoconnell.com

Paula R.C. Bachtell

on behalf of Assistant U.S. Trustee John Fitzgerald paula.bachtell@usdoj.gov

Peter Antonelli

on behalf of Defendant SHS ACK LLC pantonelli@curranantonelli.com,
filings@curranantonelli.com;tcurran@curranantonelli.com;dlawrence@curranantonelli.com;ncurran@curranantonelli.com

Thomas H. Curran

on behalf of Creditor SHS ACK LLC tcurran@curranantonelli.com,
curran601@gmail.com;filings@curranantonelli.com;cmarks@curranantonelli.com

Thomas H. Curran

on behalf of Defendant SHS ACK LLC tcurran@curranantonelli.com,
curran601@gmail.com;filings@curranantonelli.com;cmarks@curranantonelli.com

William S. McMahon

on behalf of Debtor NESV Tennis LLC wmcmahon@dmlawllp.com

William S. McMahon

on behalf of Interested Party NESV Land LLC wmcmahon@dmlawllp.com

William S. McMahon

on behalf of Debtor NESV Swim LLC wmcmahon@dmlawllp.com

William S. McMahon

on behalf of Debtor NESV Land LLC wmcmahon@dmlawllp.com

William S. McMahon

on behalf of Interested Party NESV Land East LLC wmcmahon@dmlawllp.com

William S. McMahon

on behalf of Plaintiff NESV Ice LLC wmcmahon@dmlawllp.com

William S. McMahon

on behalf of Debtor NESV Hotel LLC wmcmahon@dmlawllp.com

William S. McMahon

on behalf of Interested Party NESV Tennis LLC wmcmahon@dmlawllp.com

William S. McMahon

on behalf of Plaintiff NESV Tennis LLC wmcmahon@dmlawllp.com

William S. McMahon

on behalf of Debtor NESV Ice LLC wmcmahon@dmlawllp.com

William S. McMahon

on behalf of Debtor NESV Field LLC wmcmahon@dmlawllp.com

William S. McMahon

on behalf of Plaintiff NESV Land LLC wmcmahon@dmlawllp.com

William S. McMahon

on behalf of Debtor NESV Land East LLC wmcmahon@dmlawllp.com

William S. McMahon

on behalf of Interested Party NESV Hotel LLC wmcmahon@dmlawllp.com

William S. McMahon

on behalf of Plaintiff NESV Hotel LLC wmcmahon@dmlawllp.com

William S. McMahon

on behalf of Plaintiff NESV Swim LLC wmcmahon@dmlawllp.com

William S. McMahon

on behalf of Plaintiff NESV Land East LLC wmcmahon@dmlawllp.com

William S. McMahon

on behalf of Plaintiff NESV Field LLC wmcmahon@dmlawllp.com

William S. McMahon

on behalf of Interested Party NESV Swim LLC wmcmahon@dmlawllp.com

William S. McMahon

on behalf of Interested Party NESV Field LLC wmcmahon@dmlawllp.com


TOTAL: 41



# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:* <br><br> NESV ICE, LLC, *et al.,* <br>   Debtors | Ch. 11 <br> 21-11226-CJP <br><br> Jointly Administered |

### ORDER

**MATTER:**

Telephonic Hearing Held on  #202 Debtors' Emergency Motion for (A) Approval of Debtor-In-Possession Financing on a Secured Basis; (B) Entry of Order Scheduling a Continued Hearing on Debtor-In-Possession Financing; and (C) Additional Relief and Objections of #207 Construction Source Management, LLC, #208 United States Trustee and #209 SHS ACK, LLC and #210 Limited Opposition of Ashcroft Sullivan Sports Village Lender, LLC.

**Decision set forth more fully as follows:**

FOR THE REASONS STATED ON THE RECORD, THE COURT GRANTS IN PART ON AN INTERIM BASIS THE *DEBTORS' MOTION FOR (A) APPROVAL OF DEBTOR-IN-POSSESSION FINANCING ON A SECURED BASIS; (B) ENTRY OF ORDER SCHEDULING A CONTINUED HEARING ON DEBTOR-IN-POSSESSION FINANCING; AND (C)ADDITIONAL RELIEF* [DKT. NO. 202] (THE "DIP FINANCING MOTION") AS FOLLOWS.

THE DEBTORS ARE AUTHORIZED TO BORROW UP TO $111,266 FROM SHUBH PATEL LLC OR ITS DESIGNEE (THE "DIP LENDER") ON AN UNSECURED BASIS TO PAY THE EXPENSES ITEMIZED ON **EXHIBIT A** TO THIS ORDER.  SUBJECT TO APPROVAL BY THE COURT OF A MOTION FILED BY THE DIP LENDER FOR ALLOWANCE AND PAYMENT OF AN ADMINISTRATIVE EXPENSE CLAIM, THE DIP LENDER SHALL HAVE AN ADMINISTRATIVE EXPENSE CLAIM FOR THE AMOUNT ADVANCED.

AN EVIDENTIARY HEARING REGARDING THE DIP FINANCING MOTION IS SCHEDULED FOR **2/4/2022 AT 9:30 A.M.** (THE "HEARING"). THE HEARING IS PRESENTLY SCHEDULED AS A TELEPHONIC HEARING AND, TO PARTICIPATE, THE PARTIES SHALL DIAL (877) 873-8018 AND ENTER ACCESS CODE 1167883. THE COURT MAY ISSUE FURTHER ORDERS CONVERTING THE HEARING TO A VIDEO HEARING CLOSER TO THE HEARING DATE.

ANY SUPPLEMENTAL OBJECTIONS TO THE DIP FINANCING MOTION ARE DUE NO LATER THAN **1/24/2022 AT 4:30 P.M.**

ON OR BEFORE **1/5/2022**, THE DEBTORS SHALL ADVISE ANY PARTY THAT HAS FILED AN OBJECTION TO THE DIP FINANCING MOTION AS TO WHETHER THE DEBTORS INTEND TO ENGAGE AN EXPERT AND HAVE AN EXPERT TESTIFY AT THE HEARING. IF THE DEBTORS INFORM THE PARTIES THAT THEY DO INTEND TO ENGAGE AN EXPERT, THE DEBTORS' EXPERT REPORT, WHICH VALUATION CAN BE IN THE FORM OF AN APPRAISAL, SHOULD BE DELIVERED TO ALL THE PARTIES AT LEAST TEN (10) DAYS IN ADVANCE OF THE HEARING. THOSE PARTIES THAT WISH TO PUT ON THEIR OWN EXPERT MUST INFORM THE DEBTORS WITHIN A WEEK AFTER RECEIVING NOTICE THAT THE DEBTORS INTEND TO PUT ON AN EXPERT WITNESS AND PROVIDE THE DEBTOR WITH A COPY OF THEIR EXPERT'S REPORT WITHIN THREE (3) BUSINESS DAYS AFTER RECEIVING THE DEBTOR'S REPORT.

THE PARTIES SHALL IDENTIFY ALL WITNESSES THEY INTEND TO CALL AT THE HEARING AND PROPOSED EXHIBITS BY FILING A JOINT SUBMISSION WITH THE COURT BY NO LATER THAN **1/28/2022**.

THE HEARINGS CURRENTLY SCHEDULED FOR 1/31/2022 ON THE *MOTION OF DEBTOR NESV ICE, LLC FOR AN ORDER PURSUANT TO SECTIONS 105, 361, 362, AND 363 OF THE BANKRUPTCY CODE (A) AUTHORIZING USE OF CASH COLLATERAL; (B) GRANTING ADEQUATE PROTECTION; (C) SCHEDULING A FINAL HEARING PURSUANT TO BANKRUPTCY RULE 4001; AND (D) GRANTING RELATED RELIEF* [DKT. NO. 12] AND THE *AMENDED OMNIBUS MOTION OF SHUBH PATEL, LLC TO APPOINT CHAPTER 11 TRUSTEE* [DKT. NO. 177] ARE CONTINUED TO **2/4/2022 AT 9:30 A.M.**. THE CONTINUED HEARINGS SHALL BE BY TELEPHONE UNLESS THE COURT ISSUES A FURTHER ORDER TO CONVERT THE CONDUCT OF THE HEARING TO VIDEO.

THE COURT AUTHORIZES THE CONTINUED USE OF CASH COLLATERAL BY NESV ICE, LLC ON THE SAME TERMS AND CONDITIONS AS THE FOURTH INTERIM ORDER [DKT. NO. 186] THROUGH THE CONCLUSION OF THE 2/4/2022 HEARING.

THE DATE FOR THE DEBTORS TO FILE A CHAPTER 11 PLAN OR A MOTION TO APPROVE A SALE REMAINS AS PREVIOUSLY SET FOR **2/1/2022**.

Dated: 12/30/2021

By the Court,

Christopher J. Panos
United States Bankruptcy Judge

| | | | |
|---|---|---|---|
| **City of Attleboro - Real Estate Taxes** | Interest | $ | 2,000 |
| | Non Ice (RE Taxes + Interest) | $ | 34,000 |
| | Ice (Rink - Interest on RE Taxes) | $ | 15,500 |
| **Mortgage** | SHS ACK, LLP | $ | 56,766 |
| | United States Trustee fees (Non Ice Debtors) | $ | 3,000 |
| **Total** | | $ | **111,266** |

_____
*21-11226-CJP, Order, page 2 of 3*

| | | | |
|---|---|---|---|
| **City of Attleboro - Real Estate Taxes** | Interest | $ | 2,000 |
| | Non Ice (RE Taxes + Interest) | $ | 34,000 |
| | Ice (Rink - Interest on RE Taxes) | $ | 15,500 |