

Dated: 1/4/2022

REQUEST FOR EXPEDITED DETERMINATION IS GRANTED. ANY OBJECTIONS TO THIS MOTION SHALL BE FILED ON OR BEFORE JANUARY 7, 2022 AT 4:30 P.M.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
(EASTERN DIVISION)**

| | |
|---|---|
| In re:<br><br>NESV ICE, LLC, *et al.*[1],<br><br>Debtors. | Chapter 11<br>Case No. 21-11226-CJP<br><br>Jointly Administered |

**APPLICATION FOR AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF JLL VALUATION & ADVISORY SERVICES, LLC AS APPRAISERS FOR THE DEBTORS AND DEBTORS-IN-POSSESSION**
(*Expedited Determination Requested*)

The above-captioned debtors and debtors-in-possession (the "Debtors") hereby file this application (the "Application") pursuant to 11 U.S.C. §§ 327 and 328, Fed. R. Bankr. P. 2014 and 6005, and MLBR 2014-1 seeking entry of an order substantially in the form attached as **Exhibit A**, (i) authorizing the Debtors to employ JLL Valuation & Advisory Services, LLC ("JLL") to provide appraisal and valuation services pursuant to the terms and conditions of the attached engagement letter; (ii) approving the terms of JLL's retention and employment, including the fee structure and indemnification provisions described in the engagement letter, as modified by the Proposed Order; and (iii) granting certain related relief. In support of this Application, the Debtors rely on the Declaration of Joseph Miller (the "Miller Declaration"), which is attached as **Exhibit B**, and respectfully state as follows:

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, are as follows: NESV Ice, LLC (1262), NESV Swim, LLC (5919), NESV Tennis, LLC (6937), NESV Land East, LLC (4138), NESV Field, LLC (5539), NESV Hotel, LLC (9151), and NESV Land, LLC (2353).