## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MASSACHUSETTS
## (EASTERN DIVISION)

| | |
|---|---|
| In re:<br><br>      NESV Ice, LLC,<br><br>                  Debtor. | Case No. 21-11226<br><br>Chapter 11 |

## <u>NOTICE OF APPEARANCE</u>

PLEASE TAKE NOTICE that undersigned counsel, J. Christopher Amrhein, Jr. of Ashcroft Law Firm, 200 State Street, 7th Floor, Boston, MA 02109, hereby enters his appearance on behalf of Creditor, Ashcroft Sullivan Law, and requests that notice of all matters arising in this case, including but not limited to all pleadings, motions, orders, and notices, be electronically served upon him.

Dated: January 6, 2022

Respectfully submitted by,

_____
J. Christopher Amrhein, Jr.
MA BBO # 703170
*Ashcroft Law Firm*
200 State Street, 7th Floor
Boston, Massachusetts 02109
Phone: 617-573-9400
camrhein@ashcroftlawfirm.com

*Attorney for Creditor*
**Ashcroft Sullivan Law**

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 6, 2022, I caused the foregoing document to be electronically filed with the Clerk of the Court using CM/ECF, which will deliver the document to all counsel of record.

/s/ *J. Christopher Amrhein, Jr.*
J. Christopher Amrhein, Jr.