United States Bankruptcy Court
District of Massachusetts

| | |
|---|---|
| In re: | Case No. 21-11226-cjp |
| NESV Ice, LLC | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0101-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Jan 04, 2022 | Form ID: pdf012 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 06, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | NESV Ice, LLC, 1395A Commerce Way, Attleboro, MA 02703 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 06, 2022      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 4, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christopher Marks | on behalf of Creditor SHS ACK LLC cmarks@curranantonelli.com, filings@curranantonelli.com |
| Christopher Marks | on behalf of Defendant SHS ACK LLC cmarks@curranantonelli.com, filings@curranantonelli.com |
| Donald R. Lassman | on behalf of Other Party Shubh Patel LLC don@lassmanlaw.com lassmandr77558@notify.bestcase.com |
| Gary M. Hogan | on behalf of Creditor Ashcroft Sullivan Sports Village Lender LLC garyh@bbb-lawfirm.com, jessicac@bbb-lawfirm.com;kimberlyk@bbb-lawfirm.com |
| Jesse I. Redlener | on behalf of Creditor JBH Advisory LLC jredlener@ascendantlawgroup.com |
| John Fitzgerald | USTPRegion01.BO.ECF@USDOJ.GOV |
| Joseph M. Downes, III | on behalf of Interested Party NESV Field LLC jdownes@dmlawllp.com |
| Joseph M. Downes, III | |

| | |
|---|---|
| | on behalf of Interested Party NESV Hotel LLC jdownes@dmlawllp.com |
| Joseph M. Downes, III | |
| | on behalf of Interested Party NESV Land East LLC jdownes@dmlawllp.com |
| Joseph M. Downes, III | |
| | on behalf of Interested Party NESV Land LLC jdownes@dmlawllp.com |
| Joseph M. Downes, III | |
| | on behalf of Debtor NESV Ice LLC jdownes@dmlawllp.com |
| Joseph M. Downes, III | |
| | on behalf of Interested Party NESV Tennis LLC jdownes@dmlawllp.com |
| Joseph M. Downes, III | |
| | on behalf of Interested Party NESV Swim LLC jdownes@dmlawllp.com |
| Lee Harrington | |
| | on behalf of Creditor JBH Advisory LLC lh@ascendantlawgroup.com |
| Matthew J. McGowan | |
| | on behalf of Interested Party Ian Marsh mmcgowan@smsllaw.com acarlow@smsllaw.com |
| Michael L. Mahoney | |
| | on behalf of Creditor Construction Source Management LLC michael@mlmesq.com |
| Paul W. Carey | |
| | on behalf of Creditor Construction Source Management LLC pcarey@mirickoconnell.com, bankrupt@mirickoconnell.com |
| Paula R.C. Bachtell | |
| | on behalf of Assistant U.S. Trustee John Fitzgerald paula.bachtell@usdoj.gov |
| Peter Antonelli | |
| | on behalf of Defendant SHS ACK LLC pantonelli@curranantonelli.com, filings@curranantonelli.com;tcurran@curranantonelli.com;dlawrence@curranantonelli.com;ncurran@curranantonelli.com |
| Thomas H. Curran | |
| | on behalf of Creditor SHS ACK LLC tcurran@curranantonelli.com, curran601@gmail.com;filings@curranantonelli.com;cmarks@curranantonelli.com |
| Thomas H. Curran | |
| | on behalf of Defendant SHS ACK LLC tcurran@curranantonelli.com, curran601@gmail.com;filings@curranantonelli.com;cmarks@curranantonelli.com |
| William S. McMahon | |
| | on behalf of Debtor NESV Tennis LLC wmcmahon@dmlawllp.com |
| William S. McMahon | |
| | on behalf of Interested Party NESV Land LLC wmcmahon@dmlawllp.com |
| William S. McMahon | |
| | on behalf of Debtor NESV Swim LLC wmcmahon@dmlawllp.com |
| William S. McMahon | |
| | on behalf of Debtor NESV Land LLC wmcmahon@dmlawllp.com |
| William S. McMahon | |
| | on behalf of Interested Party NESV Land East LLC wmcmahon@dmlawllp.com |
| William S. McMahon | |
| | on behalf of Plaintiff NESV Ice LLC wmcmahon@dmlawllp.com |
| William S. McMahon | |
| | on behalf of Debtor NESV Hotel LLC wmcmahon@dmlawllp.com |
| William S. McMahon | |
| | on behalf of Interested Party NESV Tennis LLC wmcmahon@dmlawllp.com |
| William S. McMahon | |
| | on behalf of Plaintiff NESV Tennis LLC wmcmahon@dmlawllp.com |
| William S. McMahon | |
| | on behalf of Debtor NESV Ice LLC wmcmahon@dmlawllp.com |
| William S. McMahon | |
| | on behalf of Debtor NESV Field LLC wmcmahon@dmlawllp.com |
| William S. McMahon | |
| | on behalf of Plaintiff NESV Land LLC wmcmahon@dmlawllp.com |
| William S. McMahon | |
| | on behalf of Debtor NESV Land East LLC wmcmahon@dmlawllp.com |

William S. McMahon

    on behalf of Interested Party NESV Hotel  LLC wmcmahon@dmlawllp.com

William S. McMahon

    on behalf of Plaintiff NESV Hotel  LLC wmcmahon@dmlawllp.com

William S. McMahon

    on behalf of Plaintiff NESV Swim  LLC wmcmahon@dmlawllp.com

William S. McMahon

    on behalf of Plaintiff NESV Land East  LLC wmcmahon@dmlawllp.com

William S. McMahon

    on behalf of Plaintiff NESV Field  LLC wmcmahon@dmlawllp.com

William S. McMahon

    on behalf of Interested Party NESV Swim  LLC wmcmahon@dmlawllp.com

William S. McMahon

    on behalf of Interested Party NESV Field  LLC wmcmahon@dmlawllp.com

TOTAL: 41



Dated: 1/4/2022

REQUEST FOR EXPEDITED DETERMINATION IS GRANTED. ANY OBJECTIONS TO THIS MOTION SHALL BE FILED ON OR BEFORE JANUARY 7, 2022 AT 4:30 P.M.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MASSACHUSETTS
# (EASTERN DIVISION)

| | |
|---|---|
| In re: | Chapter 11 |
| NESV ICE, LLC, *et al.*[1], | Case No. 21-11226-CJP |
| Debtors. | Jointly Administered |

## APPLICATION FOR AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF JLL VALUATION & ADVISORY SERVICES, LLC AS APPRAISERS FOR THE DEBTORS AND DEBTORS-IN-POSSESSION
### *(Expedited Determination Requested)*

The above-captioned debtors and debtors-in-possession (the "Debtors") hereby file this application (the "Application") pursuant to 11 U.S.C. §§ 327 and 328, Fed. R. Bankr. P. 2014 and 6005, and MLBR 2014-1 seeking entry of an order substantially in the form attached as **Exhibit A**, (i) authorizing the Debtors to employ JLL Valuation & Advisory Services, LLC ("JLL") to provide appraisal and valuation services pursuant to the terms and conditions of the attached engagement letter; (ii) approving the terms of JLL's retention and employment, including the fee structure and indemnification provisions described in the engagement letter, as modified by the Proposed Order; and (iii) granting certain related relief. In support of this Application, the Debtors rely on the Declaration of Joseph Miller (the "Miller Declaration"), which is attached as **Exhibit B**, and respectfully state as follows:

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, are as follows: NESV Ice, LLC (1262), NESV Swim, LLC (5919), NESV Tennis, LLC (6937), NESV Land East, LLC (4138), NESV Field, LLC (5539), NESV Hotel, LLC (9151), and NESV Land, LLC (2353).