

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:*  NESV ICE, LLC, *et al.,*  Debtors | Ch. 11  21-11226-CJP  Jointly Administered |

**SCHEDULING ORDER**

REQUEST FOR EMERGENCY DETERMINATION IS GRANTED AS FOLLOWS. THE COURT HEREBY SCHEDULES THE *MOTION FOR PROTECTIVE ORDER AND TO QUASH THE PLAN PROPONENTS' TRIAL SUBPOENA TO SHS ACK, LLC'S TRIAL COUNSEL AND MOTION FOR SANCTIONS* [DKT. NO. 497] FOR TELEPHONIC HEARING ON **JULY 22, 2022 AT 9:00 A.M.** TO PARTICIPATE, PARTIES SHALL DIAL (877) 873-8018 AND ENTER ACCESS CODE 1167883.

OBJECTIONS MAY BE MADE AT THE HEARING.

SHS ACK, LLC SHALL SERVE NOTICE OF THE HEARING FORTHWITH AND SHALL FILE A CERTIFICATE OF SERVICE REGARDING THE SAME.

Dated: 7/21/2022

By the Court,

Christopher J. Panos
United States Bankruptcy Judge