Dated: 3/30/2023

NO OBJECTIONS HAVING BEEN FILED, THE MOTION IS GRANTED AND THE HEARING SCHEDULED FOR MARCH 31, 2023 IS CANCELLED. A SEPARATE ORDER WILL ENTER.

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
### (Eastern Division)

| | |
|---|---|
| **In re:** <br><br> **NESV ICE, LLC,** *et al.,* [1] <br><br> **Debtors.** | Chapter 11 <br><br> Case No. 21-11226-CJP <br><br> Jointly-Administered |

**MOTION BY DEBTORS FOR THE APPROVAL OF
DEBTOR-IN-POSSESSION FINANCING AND RELATED RELIEF**
(*Request for Emergency Determination*)

The debtors and debtors-in-possession in the above-captioned case (the "Debtors") hereby file this motion, seeking the entry of an order pursuant to 11 U.S.C. §§105, 363 and 364, Federal Rules of Bankruptcy Procedure 2002, 4001, and 9014, and MLBR 4001-2:

a. Authorizing secured debtor-in-possession financing from SP NESV, LLC ("SP" or the "DIP Lender") on the terms set forth in this motion (the "DIP Loan"); and

b. Granting consensual mortgages and security interests to the DIP Lender on the Debtors' assets which are junior the liens of the City of Attleboro (the "City"), SHS ACK, LLC ("SHS"), and Construction Source Management, LLC ("CSM"), and senior to the lien of Ashcroft Sullivan Sports Village Lender ("ASVL"), which liens shall not attach to any causes of action under Chapter 5 of the Bankruptcy Code or any proceeds of those causes of action (as further defined below, the "DIP Liens").

The Debtors are pursuing confirmation of the *Second Amended Joint Plan of Reorganization of NESV Ice, LLC, NESV Swim, LLC, NESV Tennis, LLC, NESV Land East, LLC, NESV Field, LLC, NESV Hotel, LLC, NESV Land, LLC, Ashcroft Sullivan Sports Village*

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, are as follows: NESV Ice, LLC (1262), NESV Swim, LLC (5919), NESV Tennis, LLC (6937), NESV Land East, LLC (4138), NESV Field, LLC (5539), NESV Hotel, LLC (9151), and NESV Land, LLC (2353).